459 A.2d 30

Commonwealth v. Gilmartin, Appellant.

Petition for Allowance of Appeal
Denied July 21, 1983.

Argued December 13, 1982.

Daniel H. Greene, for appellant; David L. DaCosta, Assistant District Attorney, for Commonwealth, appellee.

612

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.